IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEMARCUS BILLINGTON, | ) |
| Petitioner, | ) |
| v. | ) Civil No. 3:13-0427 |
| | ) Judge Trauger |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

**O R D E R**

An evidentiary hearing was held on October 15, 2013 on the petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence. (Docket No. 1) The petitioner represented himself at the hearing. For the reasons expressed on the record at the close of the hearing, it is hereby **ORDERED** that the petitioner's Motion is **DENIED**.

It is so **ORDERED**.

ENTER this 17th day of October 2013.

_____
ALETA A. TRAUGER
U.S. District Judge